In the matter of the application of Joseph W. Gavan for admission to the bar. No opinion. Application granted.

GARVEY, Respondent, v. PHŒNIX PREFERRED ACCIDENT INS. CO. OF DETROIT, MICH., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by John H. Garvey against the Phœnix Preferred Accident Insurance Company of Detroit, Mich. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. See 108 N. Y. Supp. 186.

In re GENEY. (Supreme Court, Appellate Division, First Department. March 27, 1908.) In the matter of Hippolyte A. Geney. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GERMANIA LIFE INS. CO. v. DONNEGAN. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by the Germania Life Insurance Company against Marie A. Donnegan. No opinion. Motion granted, with $10 costs. Order filed.

GERST, Appellant, v. BUFFALO COMMERCIAL INS. CO., Respondent. SAME v. BUFFALO GERMAN FIRE INS. CO. (Supreme Court, Appellate Division, Fourth Department. March 27, 1908.) Actions by Charles Gerst against the Buffalo Commercial Insurance Company and the Buffalo German Fire Insurance Company. No opinions. Motions granted. Settle orders on notice.

GILL, Appellant, v. DICKSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by John D. Gill against Robert Dickson and another. No opinion. Motion denied, with $10 costs. Held that, other issues of fact having been raised by the answer, which are still undetermined, we are of the opinion that we should not now direct final judgment dismissing the complaint.

GOALASKI, Appellant, v. WELLER, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Sophie Goalaski against James A. Weller. PER CURIAM. Judgment of the County Court of Westchester county affirmed, with costs.
RICH, J., dissents.

GODDEN et al., Respondents, v. LESSINGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Raynor G. Godden and another against Louise Lessinger. No opinion. Judgment affirmed, with costs.

GOLDBERG, Appellant, v. MARMOR et al., Respondents. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Jesse J. Goldberg against Jacob D. Marmor and another. H. Siegrist, Jr., for appel-

lant. S. J. Rawak, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOODMAN, Appellant, v. HESS, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Tobias Goodman against Moses Hess. No opinion. Motion denied, with $10 costs. Order signed.

GREENBERG, Appellant, v. SHEVLOWITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Louis Greenberg against Barnet Shevlowitz and another. No opinion. Judgment and order affirmed, with costs.

GUGGENHEIMER, Respondent, v. ROYAL BANK OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Eliza Guggenheimer, as executrix, against the Royal Bank of New York and others. S. Packard, for appellants. C. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GUSHEE, Respondent, v. T. B. HARMS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Agnes M. Gushee, as administratrix, against the T. B. Harms Company. M. D. Josephson, for appellant. D. Armstrong, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HALL. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) In the matter of the petition of Elmer Hall to drain certain lands. No opinion. Order affirmed, with $10 costs and disbursements.

HAMBURG, Appellant, v. PEOPLE'S SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 23, 1908.) Action by David Hamburg against the People's Surety Company. No opinion. Motion denied, on condition that the appellant pay $10 costs and perfect his appeal within 20 days; otherwise, motion granted, with $10 costs.

HAMMOND, Appellant, v. HAMMOND et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Sanford R. Hammond against Mary A. Hammond and others. No opinion. Judgment affirmed, with costs.

HARKOW, Appellant v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Joseph H. Harkow against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRIS, Respondent, v. NEW YORK CONTRACTING CO.—NEW HAVEN IMPROVEMENTS, Appellant. (Supreme Court, Appellate Division, Second Department. March 11,